■ STUART BELLOFF, Appellant, v WAYCO AGENCIES, INC., et al., Respondents. [720 NYS2d 377] —In an action, *inter alia,* to recover damages for breach of fiduciary duty, the plaintiff appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Nassau County (Lally, J.), dated February 23, 1999, as, after a nonjury trial, dismissed the complaint.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

The plaintiff, who is the minority shareholder in two closely held corporations, claims, *inter alia*, that the individual defendants breached their fiduciary duties as majority share-holders, officers, and directors by diverting corporate assets to themselves, family members, and other corporate entities controlled by them. After a nonjury trial, the Supreme Court dismissed the complaint.

A judgment rendered after a nonjury trial should not be disturbed on appeal unless it is clear that the court's conclusion could not have been reached under any fair interpretation of the evidence (*see, Alleva v Alleva Dairy*, 129 AD2d 663). Here, the evidence supports the Supreme Court's conclusion that the challenged corporate transactions, viewed as a whole, were not tainted by fraud, illegality, or self-dealing, but were justified by legitimate business purposes (*see, Alpert v 28 Williams St. Corp.*, 63 NY2d 557).

The plaintiff's remaining contentions are without merit. Santucci, J. P., S. Miller, Florio and Schmidt, JJ., concur.